**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINIOS**
**EASTERN DIVISION**

| | |
|---|---|
| STEVEN GEAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    Case No.  13 CV 2416 |
| | ) |
| GRUNDY COUNTY, IL and COAL CITY, IL and | ) |
| DEPUTY DARREN ROACH, I.D.#G34, in his official | ) |
| and individual capacities, and DEPUTY JOE BURKE, | )    Judge Gary Feinerman |
| I.D.#G39 in his official and individual capacities, and | ) |
| OFFICER DAVID KASHER, in his official and | ) |
| individual capacities, | ) Magistrate Judge Geraldine Soat Brown |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 9th day of July, 2013, at 8:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Feinerman, of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, then and there present the **Plaintiff's Motion to Dismiss**, the copies of which are attached, at which time and place you may appear if you so desire.

Sabuco, Beck, Hansen & Schrock, P.C.

By:S/John V. Schrock     
John V. Schrock

John V. Schrock - 06201876
Sabuco, Beck, Hansen & Schrock, P.C.
77 129th Infantry Drive
Joliet, IL 60435
(815) 730-8860

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to penalties provided by 28 U.S.C. § 1746 that a copy of this Notice and referenced pleading was served upon the above addressee by electronic filing with ECF with the United States District Court on July 2, 2013.

_      S/Ellie Kavanagh

## GEAR v. GRUNDY COUNTY, et al.

## SERVICE LIST

### Attorney for Defendant Grundy County, Deputy Roach and Deputy Burke
Christina Gunn
Sotos Law Firm
5600 N. River Road
Itasca, IL   60143

### Attorney for Defendant Coal City and Officer Kasher
Michael Atkus
Knight, Hoppe, Kurnik & Knight, Ltd.
550 East Devon Avenue
Rosemont, IL   60018

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN GEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13 CV 2416 |
| | ) | |
| GRUNDY COUNTY, IL and COAL CITY, IL and | ) | |
| DEPUTY DARREN ROACH, I.D.#G34, in his official | ) | |
| and individual capacities, and DEPUTY JOE BURKE, | ) | Judge Gary Feinerman |
| I.D.#G39 in his official and individual capacities, and | ) | |
| OFFICER DAVID KASHER, in his official and | ) | |
| individual capacities, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

THIS MATTER coming before the Court, the parties having settled all matters in controversy, it is hereby ORDERED:

This matter is hereby dismissed with prejudice, all matters in controversy having been resolved, each party to pays its own costs and attorney fees.

DATE:                                    ENTER:

_____                  _____

_____/s/ Christina Gunn_____           _____/s/ Michael Atkus_____
Attorney for Defendant Grundy County      Attorney for Defendant Coal City
Deputy Roach and Deputy Burke             and Officer Kasher
Christina Gunn                            Michael Atkus
Sotos Law Firm                            Knight, Hoppe, et al.
550 East Devon Avenue                     5600 N. River Road
Itasca, IL  60143                         Rosemont, IL 60018

Attorney for Plaintiff, Steven Gear
John V. Schrock
Sabuco, Beck, Hansen & Schrock, P.C.
77 129th Infantry Drive
Joliet, IL   60435
(815) 730-8860